**FILED
CLERK**

11:28 am, Feb 28, 2024

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DANIEL MCCORMICK,

                               Plaintiff,

    -against-

UNITED FACILITY SERVICES CORP'S,
dba EASTCO,

                              Defendants.
-------------------------------------------------------------X

Case No. 23-cv-00888-GRB-SIL

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims and counterclaims asserted or that could have been asserted in the above-captioned action between the parties are hereby voluntarily dismissed with prejudice and without costs.

Dated: New York, New York
        February 27, 2024

| DeTOFFOL & GITTLEMAN | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: /s/ David DeToffol<br>David DeToffol, Esq.<br>125 Maiden Lane – Suite 5C<br>New York, New York 10038<br>(212) 962-2220<br>david@ddtlaw.com<br>*Attorneys for Plaintiff* | By: /s/ Brian Pete<br>Brian Pete, Esq.<br>77 Water Street, Suite 2100<br>New York, New York 10005<br>(212) 232-1300<br>Brian.Pete@lewisbrisbois.com<br>*Attorneys for Defendant* |

SO ORDERED:    Dated: 2/28/2024

/s/ Gary R. Brown
_____
                      U.S.D.J.

136839081.1